DURDEN *v.* WADLEY SOUTHERN RAILWAY COMPANY.

BECK, J. This court having ruled that the court below erred in refusing to sustain a general demurrer to the petition (*Wadley Southern Ry. Co. v. Durden,* 142 *Ga.* 361, 82 S. E. 1055), the general demurrer was properly sustained and the case dismissed at the last hearing, as the amendment to the petition did not essentially strengthen or change the plaintiff's cause of action.     *Judgment affirmed. All the Justices concur.*
               AUGUST 18, 1916.

     Action for damages. Before Judge Park. Emanuel superior court. April 12, 1915.

*Williams & Bradley,* for plaintiff.

*Saffold & Jordan,* for defendant.